# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

IN CLERKS OFFICE
2021 OCT 15 PM 1:38

DISTRICT COURT
DISTRICT OF MASS

D.B.A. Erick F Horniak
Douglas Stone Farm
Astoria Federal Savings

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Astoria Federal Savings

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Erick F Horniak
Street Address: 7 Blossom St
City and County: Holden
State and Zip Code: MA 01520
Telephone Number: 508-829-5403
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Wilmington Savings Fund Society FSB Christina Trust BCAT 2014-11TT
- Job or Title (if known):
- Street Address:
- City and County: Delware Maryland
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: Astoria Fedral Savings
- Job or Title (if known):
- Street Address: 1 Corporate Drive Suite 360
- City and County: Lake Zurich IL
- State and Zip Code: 60047-8924
- Telephone Number: (877) 849-9242
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$300,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Incompetency, negligence

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The wrongs have not been corrected by Worc. county Courthouse or Registry of Deeds or Astoria Federal Savings or BCA

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/14/21

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: ERICK T. HORNIAK

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Complaint

ATTACH(1) To get my farm back as a united states citizen and a farmer. The farm was taken by Astoria Federal Bank. Saying that I did not pay my Mortage. At the time of May 23 2016 I was in jail in Conn. for a 1st time probation violation and was not extradited to defend my farm from Land Court, Pemberton Square Boston Ma. After the mess I dug as far back as I could. Finding out that the lot I build my house on was under 2 AC. According to town of Douglas by laws it has to be 2 AC. I do not beleave that the bank has done their home work. After going back in the past I had realized that my wife and I had been had. So we decided to buy the land ajacent to us. We were given a good deal so we could connect the property and make it 15 AC. We had talk to the town and were told to get a variance before we would sell if we were going to sell. The Divorce came and I ended up with the property. Once I read my Divorce judgement again after 13 years, I discovered the

realastate end of the divorce was wrong. Docket No 03D1814-DV1, I paid my x wife 410,000.00 for the house and property. I did not have a lawyer we went through a meadeator for a amacal divorce so much for that. My step sister Laurie of Rephaelson was the over seeor of the divorce. Knowing that the divorce is wrong and the lot size that the house sits is wrong what else could be wrong. The land is under the Homestead Act BK 40228 Pg:393 Doc: Hmst. BCAT filed for foreclosure. The case went from pemberton square, to Worcester County. I have tried to get counsel but nothing. I was wondering as the step of a now deceased judge from worc. county. I can not beleave that this is happening so I bring my case before the U.S. District court.

Mortag Doc: MTG   BK 32981 Pg:172
03/05/2004   00035998
Land Court   16SM002494
Worc County Court   Case No: 17SPD0680

Motion For Appointment of Counsel

Financial status unemployed due to the circumstances at hand. Can not even uptain unemployment from state Also no drivers license. Somtime is wrong My efforts to try to get counsel have not been good. Mass Bar elderly service step brothers refrances No go. Counsel sure would help.